Christopher WEST, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 298, 2016

Supreme Court of Delaware.

Submitted: July 20, 2016

Decided: September 23, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 1107001026

AFFIRMED.

■

Joshua COLLINS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 153, 2016

Supreme Court of Delaware.

Submitted: July 22, 2016

Decided: September 23, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID NO. 0911013039

REMANDED.

■

Darius D. BROADNAX, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 293, 2016

Supreme Court of Delaware.

Submitted: July 27, 2016

Decided: September 26, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0304012678

AFFIRMED.

■

Wilmer L. MILTON, Jr., Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 110, 2016

Supreme Court of Delaware.

Submitted: July 22, 2016

Decided: September 27, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 1103018831

AFFIRMED.